IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JESSICA CRUPI,

                    Plaintiff,

v.

GWNDHTBL8-15DAYSDELIVERY, *et al.*,
                    Defendants.

Civil Action No.

**FILED UNDER SEAL**

**[PROPOSED] ORDER TO TEMPORARILY SEAL FILE**

On this day, the Court considered Plaintiff's *Ex Parte* Motion to File Under Seal and it is

hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the

above-referenced action, including, but not limited, to the following: Plaintiff's Complaint and

exhibits attached thereto; Plaintiff's *ex parte* application for: 1) a temporary restraining order, 2)

an order restraining assets and Merchant Storefronts, 3) an order to show cause why a

preliminary injunction should not issue, and 4) order authorizing expedited discovery; the

supporting declarations of Jessica Crupi, Stanley D. Ference III, and Dee Odell, and exhibits

attached thereto; and Plaintiff's *Ex Parte* Motion for an Order authorizing alternative service,

under seal until the hearing on Plaintiff's Application for an Order to Show Cause Why a

Preliminary Injunction Should Not Issue or further order of the Court.

- 2 -

    It is also hereby ORDERED that, notwithstanding this Order to Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

_____

UNITED STATES DISTRICT JUDGE