# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-432-756**

**Effective Date of Registration:**
January 14, 2025
**Registration Decision Date:**
February 12, 2025

---

### Title

**Title of Work:** Emotion

### Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 12, 2018
**Nation of 1st Publication:** United States

### Author

- **Author:** Jessica Crupi
  **Pseudonym:** J. Lauren
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Jessica Crupi
14503 255th Ave SE, Issaquah, WA, 98027, United States

### Rights and Permissions

**Name:** Jessica Crupi
**Email:** its.jessicahyde@gmail.com
**Address:** 14503 255th Ave SE
Issaquah, WA 98027 United States

### Certification

**Name:** David Denholm
**Date:** January 14, 2025

Page 1 of 2

