IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA CRUPI,<br><br>                      Plaintiff,<br><br>v.<br><br>GWNDHTBL8-15DAYSDELIVERY, *et al.*,<br><br>                      Defendants. | Civil Action No.   2:25-cv-902<br><br>UNDER SEAL |

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

AND NOW, this ___ day of June, 2025, upon consideration of Plaintiff's Motion to Exceed Page Limit,

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall accept Plaintiff's Memorandum of Law in Support of its Ex Parte Application for (1) a Temporary Restraining Order; (2) an Order Restraining Assets and Merchant Storefronts; (3) an Order to Show Cause Why a Preliminary Injunction Should Not Issue; and (4) an Order Authorizing Expedited Discovery, as filed, irrespective of page limitations established by the Court.

                                                                                        _____
                                                                                       United States District Judge

cc Stanley D. Ference, III, Esq.
courts@ferencelaw.com