IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA CRUPI,<br><br>                                Plaintiff,<br><br>v.<br><br>GWNDHTBL8-15DAYSDELIVERY, *et al.*,<br><br>                               Defendants. | Civil Action No. 2:25-cv-902<br><br><br>**FILED UNDER SEAL** |

**REQUEST FOR JUDICIAL NOTICE OF TEMPORARY RESTRAINING ORDERS IN OTHER CASES GRANTING THE RELIEF SOUGHT IN THE PRESENT CASE**

      Plaintiff is seeking an *ex parte* TRO and an *ex parte* Order for Alternative Service. Such relief has been granted multiple times here in the Western District and in other Courts. Plaintiff requests judicial notice of the following example orders in other cases granting the relief sought in the present case:

| Ex. | Case Name | Platform(s) | Date | Document | Bond Amt. |
|---|---|---|---|---|---|
| 1 | *Pawesome Pet Products LLC, and Cindy Ghukasyan v. cutebear store, et al.,* No. 22-1063 (W.D. Pa.) (Hornak, J.) *related to* Nos. 22-cv-629, 22-cv-1584, 21-cv-217, and 21-cv-1063 | Aliexpress.com, Amazon.com, eBay.com, Walmart.com, Wish.com; related cases include Alibaba.com | 08/02/22<br><br>07/28/22<br><br><br><br>08/30/22 | TRO<br><br>Order Granting Motion Authorizing Alternate Service<br><br>PI | $5,000 |
| 2 | *Nifty Home Products, Inc., v. Maple leaves, et al.,* No 23-687 (W.D. Pa.)(Schwab, J) *related to* Nos. 20-cv-1084, 21-cv-121, 21-cv-777, and 22-994 | Amazon.com, eBay.com, Walmart.com; related cases include Aliexpress.com, Wish.com | 05/02/23<br><br>04/28/23<br><br><br><br><br><br>06/06/23 | TRO (Amended)<br><br>Order Granting Motion Authorizing Alternative Service<br><br>PI | $5,000 |
| 3 | *AquaPaw Brands LLC v. YAN-PENG, et al.*, No. 21-1784 (W.D. Pa.) (Wiegand, J) *related to* Nos. 21-cv-696, 21-cv-1784, and 20-1954 | Amazon.com; related cases include Aliexpress.com eBay.com, and Wish.com | 12/10/21<br><br>12/10/21<br><br><br><br>01/21/22 | TRO<br><br>Order Granting Motion Authorizing Alternate Service<br><br>PI | $5,000 |

| Ex. | Case Name | Platform(s) | Date | Document | Bond Amt. |
|---|---|---|---|---|---|
| 4 | *Talisman Designs, LLC v. Dasani, et al.*, No. 20-1084 (W.D. Pa.)(Schwab, J) | AliExpress.com ,Amazon.com, eBay.com,Wish .com | 7/21/20<br><br>7/21/20<br><br><br><br><br>8/3/20 | TRO<br><br>Order Granting Motion Authorizing Alternate Service<br><br>PI (after show cause hearing via Government Zoom® conferencing) | $5,000 (after text order reduced) |
| 5 | *Ffrench v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, No. 20-cv-03178 (N.D. Ill.) (Kennelly, J.) | Amazon, eBay, AliExpress, Wish, DHGate | 6/1/20<br><br><br><br><br><br>6/24/20 | TRO and Order Granting Motion Authorizing Alternate Service (p. 10 of TRO)<br><br>PI (after show cause hearing conducted by telephone conference because of COVID-19 restrictions) | $10,000 |

| Ex. | Case Name | Platform(s) | Date | Document | Bond Amt. |
|---|---|---|---|---|---|
| 6 | *Apple Corps Ltd, et al v Merchclan.com, et al.,"* No. 20-cv- 60982 (S.D. Fl.) (Dimitrouleas, J) | Amazon.com, dhgate.com, Wish.com | 5/21/20  5/21/20  6/12/20 | TRO  Order Granting Motion Authorizing Alternate Service  PI | $10,000 |
| 7 | *Smart Study Co., Ltd. v. A Pleasant Trip Store*, No. 20-cv-1733 (S.D. NY)(Vyskocil, J) | Alibaba.com, AliExpress.com | 2/27/20  5/7/20 | TRO and Order Granting Motion Authorizing Alternate Service (p. 10 of TRO)  PI (after show cause hearing conducted by telephone conference because of COVID-19 restrictions) | $5,000 |

                                        Respectfully submitted,

| | |
|---|---|
| Dated: June 30, 2025 | /s/ Stanley D. Ference III |
| | Stanley D. Ference III |
| | Pa. ID No. 59899 |
| | courts@ferencelaw.com |
| | |
| | FERENCE & ASSOCIATES LLC |
| | 409 Broad Street |
| | Pittsburgh, Pennsylvania 15143 |
| | (412) 741-8400 – Telephone |
| | (412) 741-9292 – Facsimile |
| | |
| | Attorney for Plaintiff |