IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA CRUPI,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>GWNDHTBL8-15DAYSDELIVERY, *et al*,<br><br>　　　　　　*Defendants*. | Civil Action No. 2:25-cv-902<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this 14th day of November 2025, IT IS HEREBY ORDERED that Defendants' responses to Motion for Default Judgment (ECF No. 39) are due on or before **November 24, 2025**.

IT IS FURTHER ORDERED that a videoconference motion hearing is scheduled for **November 25, 2025 at 9:15 a.m**. The Zoom invitation is provided below. Counsel for Plaintiff shall promptly serve a copy of this order upon Defendants and file proof of the same with the Court.

Join Zoom Meeting by web:  https://pawd-uscourts.zoomgov.com/j/1615560992

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/   William S. Stickman IV
　　　　　　　　　　　　　　　　WILLIAM S. STICKMAN IV
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE